**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7049**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PRESTON CORNELIUS EVERETT, a/k/a P,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:05-cr-00019-LMB-1)

Submitted: December 17, 2019                    Decided: December 19, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston Cornelius Everett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett appeals the district court's order denying relief on his filings seeking a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, §§ 401, 404, 132 Stat. 5194, 5220-22. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Everett*, No. 1:05-cr-00019-LMB-1 (E.D. Va. July 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*